

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2021

No. 04-21-00079-CV

Sharon **MARKEY,**
Appellant

v.

Nieva Mae **MARKEY,** et al,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-292
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

To date, appellant Sharon Markey has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, ***within ten (10) days*** from the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that she is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1; *see also* TEX. R. APP. P. 42.3(c). If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court